UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
FILED
2019 JUL -9 P 12: 43
STEPHEN C. DRIES
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **19-CR-126** |
| v. | Case No. 19-CR | |
| BARBARA J. ROBAKOWSKI, | [18 U.S.C. §§ 922(d)(1) & 924(a)(2)] | |
| Defendant. | | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about April 6, 2019, in the State and Eastern District of Wisconsin,

**BARBARA J. ROBAKOWSKI**

knowingly transferred a firearm to S.B., knowing and having reasonable cause to believe that S.B. previously had been convicted of a crime punishable by imprisonment for a term exceeding one year.

2. The firearm is more fully described as a Taurus, model G2S, 9mm pistol, bearing serial number TLS17312.

All in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON
Date: July 9th, 2019

_____
MATTHEW D. KRUEGER
United States Attorney